# EXHIBIT 1

Form 1860-9
(March 1965)
(formerly 4-1043)

N-847

# The United States of America
## To all to whom these presents shall come, Greeting:

WHEREAS, Thomas G. Magee is entitled to a Land Patent pursuant to the Act of September 19, 1964; 43 U.S.C. 1421-1427 (1964), for the following described land:

Mount Diablo Meridian, Nevada

T. 17 N., R. 22 E.,
Sec. 20, All;
Sec. 30, NE¼, SE¼NW¼, N½SE¼, SW¼SE¼;

containing 960 acres:

NOW KNOW YE, that there is, therefore, granted by the UNITED STATES, unto the above named claimant, the land above described; TO HAVE AND TO HOLD the said land with all the rights, privileges, immunities, and appurtenances, of whatsoever nature, thereunto belonging, unto the said claimant, his successors and assigns, forever;

EXCEPTING AND RESERVING TO THE UNITED STATES:

1. A right-of-way thereon for ditches and canals constructed by the authority of the United States, Act of August 30, 1890, 26 Stat. 391; 43 U.S.C. 945;

2. All the mineral deposits in the lands so patented, and to it, or persons authorized by it, the right to prospect, mine and remove such deposits from the same under applicable law;

Patent Number 27-68-0138

GPO 847-949

Form 1860-10
(March 1965)
(formerly 4-1044)

N-847

SUBJECT TO:

1. Those rights for transmission line purposes which have been granted to Sierra Pacific Power Company, its successors or assigns, under the Act of March 4, 1911, 36 Stat. 1253, as amended, 43 U.S.C. 961, as to the N½SE¼ said sec. 30, which are due to expire October 15, 2013, the NE¼SE¼ said sec. 30, which are due to expire June 30, 2015, and to the NE¼SE¼ said sec. 30, which are due to expire July 13, 2017;

2. Those rights for communication line purposes which have been granted to Bell Telephone Company of Nevada, its successors or assigns, under the Act of March 4, 1911, 36 Stat. 1253, as amended, 43 U.S.C. 961, as to the SW¼SE¼ said sec. 30, which are due to expire January 4, 2016.

IN TESTIMONY WHEREOF, the undersigned authorized officer of the Bureau of Land Management, in accordance with the provisions of the Act of June 17, 1948 (62 Stat. 476), has, in the name of the United States, caused these letters to be made Patent, and the Seal of the Bureau to be hereunto affixed.

[SEAL]

GIVEN under my hand, in Reno, Nevada, the EIGHTH day of FEBRUARY in the year of our Lord one thousand nine hundred and SIXTY-EIGHT and of the Independence of the United States the one hundred and NINETY-SECOND.

By _Rolla E. Chandler_
Manager, Nevada Land Office

Patent Number: 27-68-0138

2