# EXHIBIT 4



# Storey County Board of County Commissioners
## Agenda Action Report

Meeting date: _____    Estimate of time required: 15 minutes

Agenda: Consent [ ]   Regular agenda [ X ]   Public hearing required [ ]

1. **Title:** Consideration and Possible action to authorize Public Works Department to commence proceedings to remove obstructions on Sutro Springs Road located on property bearing APN 004-291-28 and having a street address of 269 Edith Lane in the Mark Twain area of Storey County

2. **Recommended motion:** I move to authorize the Public Works Department at the request of the District Attorney's Office to commence proceedings to remove obstructions from the Sutro Springs Road located at or near 269 Edith Lane.

3. **Prepared by:** Keith Loomis

    **Department:** District Attorney's Office        **Telephone:** 847-0964

4. **Staff summary:** See Attachment A

5. **Supporting materials:**

6. **Fiscal impact:**

    Funds Available: _____    Fund: _____    _____ Comptroller

7. **Legal review required:**

    _____ District Attorney

8. **Reviewed by:**

    _____ Department Head         Department Name: _____
    _____ County Manager          Other agency review: _____

9. **Board action:**
    [ ] Approved         [ ] Approved with Modifications
    [ ] Denied           [ ] Continued

Agenda Item No. 9

      P. ODAWARA AUTOMATION, INC. – Contractor / 4805 S County Rd ~ Tipp City, OH (machinery)
      Q. RSI INSTALLATIONS, INC. – General / 13524 Vintage Place ~ Chino, CA (staffing)
      R. DERIK JONATHAN MURILLO-VAZQUEZ – Contractor / 1850 Selmi Dr ~ Reno (contractor)
      S. FULL OF HEART SPIRITUAL HEALING – General / 164A South C St (life coach) VC
      T. SILVER SPOON EATERY, LLC dba Silver Spoon Eatery – General / 171 South C St (restaurant) VC
      U. PACIFIC INTEGRATED HANDLING, INC. – Contractor / 10215 Portland Ave ~ Tacoma, WA (contractor)
      V. IMES GROUP, LLC – Professional / 6601 Vaught Ranch Rd ~ Austin, TX (engineer)
      W. PENTA BUILDING GROUP, LLC (THE) – Contractor / 181 East Warm Springs ~ Las Vegas (contractor)
      X. KING BEE CONSTRUCTION, INC. – Contractor / 804 Mill Street ~ Reno (contractor)
      Y. TEAMTECHNIK PRODUCTION TECHNOLOGY, LLC – Contractor / UL ZA GORA 23, PL 32-040 POLAND (contractor)

6.    DISCUSSION ONLY (No Action - No Public Comment): Committee/Staff Reports

7.    BOARD COMMENT (No Action - No Public Comment)

8.    DISCUSSION ONLY (No Action):

    Discussion and direction to staff regarding legislation or legislative issues proposed by legislators or by other entities permitted by the Nevada State Legislature to submit bill draft requests, or such legislative issues as may be deemed by the Chairman or the Board to be of critical significance to Storey County. Specific bills will include SB 57 which staff has expressed full support and bills AB 271, AB 350, AB 354, SB 88, SB 289, SB 314, SB 389, and SB 477.

9.    DISCUSSION/POSSIBLE ACTION:

    Consideration and Possible action to authorize Public Works Department to commence proceedings to remove obstructions on Sutro Springs Road located on property bearing APN 004-291-28 and having a street address of 269 Edith Lane in the Mark Twain area of Storey County.

10.    DISCUSSION/POSSIBLE ACTION:

    Possible action to require first reading of an ordinance to repeal chapter 8.32 of Storey County Code addressing hazardous materials and toxic substances.

11.    RECESS TO CONVENE AS THE STOREY COUNTY LIQUOR LICENSE BOARD

## ATTACHMENT A

Sutro Springs Road is a road in the Mark Twain area of Storey County. It appears to have been in existence since at least 1869, if not earlier. It is depicted as a roadway on numerous maps created since 1896, This includes a 1994 USGS topographic map for Flowery Peak and a 2003 Record of Survey prepared by Jack Randell of R.P. Surveying and Engineering. The road is depicted as an access road to parcels of land owned by Thomas and Marna Zachry and by John and Tony Harper. The Harpers recorded their identification of the road as access to their parcel in 2002, while the Zachrys recorded a similar map in 2017. The road has apparently been used by many people in the Mark Twain area for access to public lands and recreational activities.

The only map on which the road does not appear is an approved final Map of Division into Large Parcels recorded in 1996 on behalf of Gold Star Realty and Ted and Marian Osgood.. This map divided the area on which the road crossed into 8, 40 acre parcels. It should be noted that the tentative map for the division of large parcels did show the roadway. It was removed from the final map except for a very small section on the northeast corner of the map. In approving the Large Parcel Map, the County placed conditions which included

> 4) Cul de sacs extensions shall be paved from Territory Road to the cul de sacs at the end of Edith Lane and Sutro Springs Road and must meet the approval of Public Works Director Rich Bacus.

> 5) Shall provide at least one public thorough fare easement a minimum of 50 feet at the center property line of Lots 4 and 5.

> 9) That signs be posted at all cul de sacs that they are not a through street and are for residents only; these signs must be paid for and installed by the developer.

In October of 2016 Lori Thomas purchased one of the forty acre parcels which Sutro Springs Road crossed. Her husband immediately began advising people that crossing the land by the use of Sutro Springs Road constituted a trespass on Ms. Thomas' property. He also placed obstructions on the roadway to prevent the use of the road. Neighbors have objected to the placement of the obstacles. Deputies have been called to the location on numerous complaints by Mr. Thomas of the presence of trespassers

This office has been of the opinion that despite the conditions listed above, that Sutro Springs Road is a public roadway. This is true because NRS 403.430, NRS 405.195 and 405.203 set out specific procedures for vacating or closing a public road, which were not followed in approving the map of Division of Large Parcels. Ms. Thomas has been advised that this office will not prosecute people traversing Sutro Springs Road as trespassers. This office has also requested removal of the obstructions. That request has been ignored.

NRS 405.230(3) provides:

3. The department of public works or any other appropriate county agency is authorized to remove from the highways any unlicensed obstacle or encroachment which is not removed, or the removal of which is not commenced and thereafter diligently prosecuted, before the expiration of 5 days after personal service of notice and demand upon the owner of the obstacle or encroachment or the owner's agent. In lieu of personal service upon that person or the person's agent, service of the notice may also be made by registered or certified mail and by posting, for a period of 5 days, a copy of the notice on the obstacle or encroachment described in the notice. Removal by the department or other agency of the obstacle or encroachment on the failure of the owner to comply with the notice and demand gives the department or other agency a right of action to recover the expense of the removal, investigative costs, attorney's fees, cost and expenses of suit, and in addition thereto the sum of $250 for each day the obstacle or encroachment remains after the expiration of 5 days from the service of the notice and demand.

This statute authorizes the public works department to remove the obstacle and the cost of the person placing the obstacle. By this agenda item, it is requested that the Board of County Commissioners authorize the Public Works Department in conjunction with the DA's Office to remove the obstacles.