UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LORI L. THOMAS;

　　　　Plaintiff,

　　v.

THOMAS ZACHRY; MARNA ZACHRY; JOHN HARPER; and STOREY COUNTY and its BOARD OF COMISSIONERS,

　　　　Defendants.

Case No. 3:17-cv-0219-LRH-(WGC)

ORDER

　　　　Before the court is defendants Thomas Zachry, Marna Zachry, and John Harper's ("homeowner defendants") motion for summary judgment. ECF No. 27. Plaintiff Lori L. Thomas ("Thomas") filed an opposition (ECF No. 36) to which homeowner defendants did not reply.

　　　　This case has an extensive factual and procedural background,[1] but in short, this case involves a dispute over a dirt road in Storey County, Nevada, commonly known as "Sutro Springs Road" which runs across Thomas' real property. Thomas brought suit against defendants for declaratory relief and to quiet title to the roadway along her property. *See* ECF No. 1. In response, homeowner defendants filed the present motion for summary judgment which was filed prior to any discovery by the parties. ECF No. 27. Thomas then filed an opposition contending that the motion was premature as no discovery had taken place (ECF No. 36) and

---

[1] For a more complete history of the factual and procedural history in this action, see the court's order on Thomas's motion for preliminary injunction (ECF No. 41).

1

homeowner defendants did not respond to Thomas's opposition. However, homeowner defendants have since stipulated to a discovery and scheduling order with Thomas which governs discovery in this action and sets the date for filing of dispositive motions in early 2018. *See* ECF No. 54. Therefore, based on the homeowner defendants' recognition that discovery in this action should be undertaken, their failure to respond to Thomas's opposition to the motion, and the concrete date for the filing of dispositive motions, the court shall deny the present motion for summary judgment without prejudice.

IT IS THEREFORE ORDERED that defendants' motion for summary judgment (ECF No. 27) is DENIED without prejudice.

DATED this 13th day of September, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE