<pre>
                          UNITED STATES DISTRICT COURT
                              DISTRICT OF NEVADA
</pre>

| | | |
|---|---|---|
| LORI L. THOMAS, | ) | 3:17-cv-00219-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 19, 2017 |
| | ) | |
| THOMAS ZACHARY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On December 1, 2017, Marni Rubin Watkins, Esq., of Fidelity National Law Group, counsel for Plaintiff herein, filed a Motion to Withdraw as Counsel (ECF No. 64). The motion was served by mail on Plaintiff at her last known address on December 1, 2017. (ECF No. 64 at 7, 8.) There has been no timely response or opposition to the motion.

Good cause appearing, Plaintiff's counsel's Motion to Withdraw (ECF No. 64) is **GRANTED** and Plaintiff is hereafter appearing *pro se*. All further documents in this case will be served on Lori L. Thomas, c/o Kelly Chase, The Law Firm, LLC, 1662 US-395, Minden, Nevada 89423.

**IT IS SO ORDERED.**

                                        DEBRA K. KEMPI, CLERK

                                        By:  /s/
                                             Deputy Clerk